UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MARK REED,

       Plaintiff,                            No. 13-10168

v.                                          District Judge Avern Cohn
                                            Magistrate Judge R. Steven Whalen

VICKI LEWIS, ET AL.,

       Defendants.
                                          /

**ORDER GRANTING MOTION TO STAY DISCOVERY**

    Before the Court is Defendants' Motion to Stay Discovery [Doc. #13].

    On March 15, 2013, Defendants' filed a Motion to Dismiss [Doc. #12], based on Plaintiff's alleged failure to state a claim, as well as sovereign and qualified immunity. "This Court has the discretion to stay discovery pursuant to Rule 26 of the Federal Rules of Civil Procedure pending a resolution of a motion to dismiss." *Williams v. Scottrade, Inc*., 2006 WL 1722224, *1 (E.D. Mich. 2006)(Duggan, J.). *See also Gettings v. Building Laborers Local 310 Fringe Benefits Fund,* 349 F.3d 300, 304 (6th Cir.2003) (" 'Trial courts have broad discretion and inherent power to stay discovery until preliminary questions that may dispose of the case are determined' ")(quoting *Hahn v. Star Bank,* 190 F.3d 708, 719 (6th Cir.1999). A stay of discovery is appropriately granted where claims may be dismissed " 'based on legal determinations that could not have been altered by any further discovery.' " *Gettings,* 349 F.3d at 304 (quoting *Muzquiz v. W.A. Foote Mem. Hosp., Inc.,* 70 F.3d 422, 430 (6th Cir.1995)).

-1-

Accordingly, Defendants' Motion to Stay Discovery [Doc. #13] is GRANTED, and discovery is STAYED pending resolution of Defendants' Motion to Dismiss.

IT IS SO ORDERED.

Dated: July 15, 2013						s/R. Steven Whalen
								R. STEVEN WHALEN
								UNITED STATES MAGISTRATE JUDGE

I hereby certify that a copy of the foregoing document was sent to parties of record on July 15, 2013, electronically and/or by ordinary mean.

								s/Michael Williams
								Relief Case Manager for the
								Honorable R. Steven Whalen