UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MARK REED,

        Plaintiff,                              No. 13-10168

v.                                        District Judge Avern Cohn
                                              Magistrate Judge R. Steven Whalen

VICKI LEWIS, ET AL.,

        Defendants.

                                         /

## ORDER

       Before the Court is Plaintiff Mark Reed's motion to lift stay of discovery [Doc. #55]. Discovery was stayed on July 15, 2013 [Doc. #16]. Since that time, a motion to dismiss was granted, the Plaintiff appealed, and the Sixth Circuit reversed the dismissal as to a retaliation claim against two Defendants, Lewis and Fettig, and remanded to this Court. On August 22, 2016, I filed a Report and Recommendation, recommending that these Defendants' motion to dismiss on grounds of non-exhaustion be denied [Doc. #22]. No objections were filed within the 14-day period for doing so.

       Therefore, discovery may go forward, and Plaintiff's motion to lift the stay of discovery [Doc. #55] is GRANTED.

The parties will comply with the following schedule:

Close of discovery: JANUARY 10, 2017

Dispositive motions due: FEBRUARY 9, 2017

**IT IS SO ORDERED.**

                                                    s/ R. Steven Whalen
                                                  R. STEVEN WHALEN
                                                  UNITED STATES MAGISTRATE JUDGE

Dated: September 13, 2016

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document was sent to parties of record on September 13, 2016, electronically and/or by U.S. mail.

                                                  s/Carolyn M. Ciesla
                                                  Case Manager to the
                                                  Honorable R. Steven Whalen