UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MARK REED #151290,  No. 13-10168

    Plaintiff,

v.  District Judge Avern Cohn
    Magistrate Judge R. Steven Whalen

VICKIE LEWIS, et al.,

    Defendants.
_____/

**ORDER**

    Plaintiff is a *pro se* Michigan Department of Corrections ("MDOC") prison inmate who has filed a civil complaint pursuant to 42 U.S.C. §1983. Plaintiff is housed at the Carson City Correctional Facility. Currently before the Court is Defendant Fettig's October 4, 2016 *Motion to Take Plaintiff's Deposition* [Docket #73] under Fed. R. Civ. P. 30(a)(2).

    Fed. R. Civ. P. 30(a)(2), provides that a party must obtain permission of the court if the person to be deposed is confined in prison. Plaintiff is currently incarcerated, requiring a Defendant to be granted leave by this Court to take his deposition. The Plaintiff has not filed a response to the Defendant's Motion as of October 24, 2016.

Defendants, through their counsel, are hereby granted leave to conduct a deposition of Plaintiff, No. 151290 at the Carson City Correctional Facility or any other MDOC facility at which he might be housed. The deposition may be taken in person or by video conference if the means to do so are available at the facility where Plaintiff is housed. Fed. R. Civ. P. 30(b)(4).

**IT IS HEREBY ORDERED** that Defendant Fettig's motion [Docket #73] is **GRANTED**.

                                           s/ R. Steven Whalen
                                           R. STEVEN WHALEN
                                           UNITED STATES MAGISTRATE JUDGE

Dated: October 24, 2016

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document was sent to parties of record on October 24, 2016, electronically and/or by U.S. mail.

                                           s/Carolyn M. Ciesla
                                           Case Manager to the
                                           Honorable R. Steven Whalen